IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LASHANNA SEXTON,

        Plaintiff,

v.                                               No. CV 21-868 SCY/CG

DREAM STREET L.L.C., et al.,

        Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 4), filed January 4, 2022. The Court ordered Plaintiff to effect service, show cause why the Defendants have not been served, or otherwise show cause why this case should not be dismissed for want of prosecution, by February 3, 2022. (Doc. 4 at 2). In response, Plaintiff filed proof of service of the Summons and Complaint on Defendant Dream Street, L.L.C., on January 13, 2022. (Doc. 7). Plaintiff has not filed proof of service on Defendant David Streubel.

**IT IS HEREBY ORDERED** that Plaintiff shall update the Court as to the status of service on Defendant David Streubel by no later than **April 13, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE