### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

LASHANNA SEXTON,

       Plaintiff,

v.                                                                  No. CV 21-868 SCY/CG

DREAM STREET L.L.C., et al.,

       Defendants.

### ORDER QUASHING SHOW CAUSE ORDER

**THIS MATTER** is before the Court on its *Order to Show Cause* (the "Order"), (Doc. 12), filed July 15, 2022. The Court ordered Plaintiff to file a notice with the Court stating why this case should not be dismissed for failure to prosecute or file the appropriate motion in accordance with the Federal Rules, by July 28, 2022. (Doc. 12 at 2). Since then, Plaintiff has filed a written response to the Court's Order, (Doc. 15), a request for a Clerk's Entry of Default as to Defendant Dream Street, L.L.C., (Doc. 16), an amended complaint, (Doc. 13), and a request for issuance of summons as to a new Defendant, (Doc. 14). The Court finds this to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 12), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE